# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: POLLACK, STEVEN A. | § | Case No. 12-05672-3F7 |
| POLLACK, SAMANTHA H | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 28, 2012.  The undersigned trustee was appointed on *bad date*.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of                    $                  1,500.00

| | |
|---|---|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 40.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 1,460.00 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 03/06/2013 and the deadline for filing governmental claims was 02/24/2013.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $375.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $375.00, for a total compensation of $375.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $70.28, for total expenses of $70.28.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/14/2013            By:/s/GREGORY L. ATWATER, TRUSTEE
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 12-05672-3F7 | Trustee: (290790) GREGORY L. ATWATER, TRUSTEE |
| Case Name: POLLACK, STEVEN A. | Filed (f) or Converted (c): 10/25/12 (c) |
| POLLACK, SAMANTHA H | §341(a) Meeting Date: 12/06/12 |
| Period Ending: 06/14/13 | Claims Bar Date: 03/06/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | LOCATION: 300 IVY LAKES DR., SAINT JOHNS FL 3225 | 238,177.00 | 0.00 | OA | 0.00 | FA |
| 2 | BANK OF AMERICA CHECKING 9700 | 122.17 | 0.00 | | 0.00 | FA |
| 3 | BANK OF AMERICA SAVINGS 9755 | 4.46 | 0.00 | | 0.00 | FA |
| 4 | COUCH, CHAIR, LAMP, TELEVISION, DVD PLAYER, 2 TA | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | CD'S AND PICTURES | 25.00 | 0.00 | | 0.00 | FA |
| 6 | CLOTHING | 50.00 | 0.00 | | 0.00 | FA |
| 7 | WATCHES AND GOLD WEDDING RINGS COSTUME JEWELRY | 750.00 | 0.00 | | 0.00 | FA |
| 8 | 2004 HONDA ACCORD APX. 135,000 MILES | 9,750.00 | 0.00 | OA | 0.00 | FA |
| 9 | 2003 LEXUS APX. 175,000 STEVE AND JEREMY POLLACK | 3,812.50 | 1,500.00 | | 1,500.00 | FA |
| 10 | CATS | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 2012 INCOME TAX REFUND | 0.00 | 0.00 | | 0.00 | FA |
| 12 | INTEREST  (u) | Unknown | N/A | | 0.00 | FA |
| 12 | **Assets    Totals** (Excluding unknown values) | **$253,691.13** | **$1,500.00** | | **$1,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE IS INVESTIGATING THE LEXUS  AND TAXES.

12-6-2012  ASSET NOTICE FILED.

12-6-2012  NOTICE OF ABANDONMENT FILED.

12-6-2012  MOTION FOR TURNOVER OF PROPERTY FILED.

12-7-2012  REMINDER LETTER SENT TO DEBTOR  TO MAIL COPY OF 2012 TAX RETURN AS SOON COMPLETED.

1-8-2013  ORDER GRANTING TRUSTEE'S MOTION FOR TURNOVER OF PROPERTY ENTERED.  IN LIEU OF TURNOVER OF THE 2003 LEXUS, THE DEBTOR SHALL PAY $1,500.00, PAYABLE IN ONE LUMP SUM WITHIN 90 DAYS OF ENTRY OF THE ORDER.

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 12-05672-3F7 | **Trustee:** (290790)  GREGORY L. ATWATER, TRUSTEE |
| **Case Name:** POLLACK, STEVEN A. | **Filed (f) or Converted (c):** 10/25/12 (c) |
| POLLACK, SAMANTHA H | **§341(a) Meeting Date:** 12/06/12 |
| **Period Ending:** 06/14/13 | **Claims Bar Date:** 03/06/13 |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

IN ADDITION, DEBTORS SHALL MAINTAIN INSURANCE ON THE VEHICLE AND LIST TRUSTEE AS LOSS PAYEE.

3-14-2013  CLAIMS REVIEW COMPLETE.

4-23-2013  REPORT AND NOTICE OF INTENTION TO SELL PROPERTY OF THE ESTATE FILED.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | February 28, 2014 | **Current Projected Date Of Final Report (TFR):** | February 28, 2014 |

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 12-05672-3F7 | |
| **Case Name:** | POLLACK, STEVEN A. | |
| | POLLACK, SAMANTHA H | |
| **Taxpayer ID #:** | **-***4043 | |
| **Period Ending:** | 06/14/13 | |

| | |
|---|---|
| **Trustee:** | GREGORY L. ATWATER, TRUSTEE (290790) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****260166 - Checking Account |
| **Blanket Bond:** | $1,550,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/22/13 | {9} | STEVEN A. POLLACK | Acct #101; Payment #1 | 1129-000 | 1,500.00 | | 1,500.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,490.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,480.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,470.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,460.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 1,500.00 | 40.00 | **$1,460.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 1,500.00 | 40.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,500.00** | **$40.00** | |

| | |
|---|---|
| Net Receipts : | 1,500.00 |
| Net Estate : | $1,500.00 |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****260166** | **1,500.00** | **40.00** | **1,460.00** |
| | **$1,500.00** | **$40.00** | **$1,460.00** |

# Court Claims Register

## Case: 12-05672-3F7        POLLACK, STEVEN A.

Claims Bar Date:   03/06/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | GREGORY L. ATWATER, TRUSTEE<br>P O BOX 1865<br>ORANGE PARK, FL 32067<br><2100-00  Trustee Compensation>, 200 | Admin Ch.  7<br>10/25/12 | | $375.00<br>$375.00 | $0.00 | $375.00 |
| | GREGORY L. ATWATER, TRUSTEE<br>P O BOX 1865<br>ORANGE PARK, FL 32067<br><2200-00  Trustee Expenses>, 200 | Admin Ch.  7<br>10/25/12 | | $70.28<br>$70.28 | $0.00 | $70.28 |
| 1 | BELLSOUTH TELECOMMUNICATIONS INC<br>% AT&T SERVICES, INC,JAMES GRUDUS,<br>ESQ.,ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/31/12 | % AT&T Services, Inc<br>James Grudus, Esq.,One AT&T Way, Room 3A218<br>Bedminster, NJ 07921<br>---------------------------------------------------* * * | $1,558.16<br>$1,558.16 | $0.00 | $1,558.16 |
| 2 | VYSTAR CREDIT UNION<br>ATTN: BANKRUPTCY<br>PO BOX 45085<br>JACKSONVILLE, FL 32232<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/06/12 | Attn: Bankruptcy<br>Po Box 45085<br>Jacksonville, FL 32232<br>---------------------------------------------------* * * | $851.57<br>$851.57 | $0.00 | $851.57 |
| 3 | VYSTAR CREDIT UNION<br>ATTN: BANKRUPTCY<br>PO BOX 45085<br>JACKSONVILLE, FL 32232<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/06/12 | Attn: Bankruptcy<br>Po Box 45085<br>Jacksonville, FL 32232<br>---------------------------------------------------* * * | $3,740.74<br>$3,740.74 | $0.00 | $3,740.74 |
| 4 | AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/24/12 | c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 193550701<br>---------------------------------------------------* * * | $4,122.98<br>$4,122.98 | $0.00 | $4,122.98 |

# Court Claims Register

### Case:  12-05672-3F7        POLLACK, STEVEN A.

Claims Bar Date:   03/06/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | AMERICAN EXPRESS CENTURION BANK<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured<br>09/25/12 | c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 193550701 | $5,808.86<br>$5,808.86 | $0.00 | $5,808.86 |
| | <7100-00  General Unsecured § 726(a)(2)>, 610 | | | | | |
| 6 | AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured<br>09/26/12 | c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 193550701 | $735.00<br>$735.00 | $0.00 | $735.00 |
| | <7100-00  General Unsecured § 726(a)(2)>, 610 | | | | | |
| 7 | 121 FINANCIAL CREDIT UNION<br>F/K/A FLORIDA TELCO CREDIT UNION<br>C/O HIDAY & RICKE, P.A.,P.O. BOX 550858<br>JACKSONVILLE, FL 32255 | Unsecured<br>10/01/12 | f/k/a Florida Telco Credit Union<br>c/o Hiday & Ricke, P.A.,P.O. Box 550858<br>Jacksonville, FL 32255 | $17,212.70<br>$17,212.70 | $0.00 | $17,212.70 |
| | <7100-00  General Unsecured § 726(a)(2)>, 610 | | | | | |
| 8 | BAPTIST MEDICAL CENTER<br>P.O. 45094<br>JACKSONVILLE, FL 32232 | Unsecured<br>10/01/12 | P.O. 45094<br>Jacksonville, FL 32232 | $3,624.11<br>$3,624.11 | $0.00 | $3,624.11 |
| | <7100-00  General Unsecured § 726(a)(2)>, 610 | | | | | |
| 9 | HANCOCK BANK<br>P.O. BOX 4019<br>GULFPORT, MS 39502 | Unsecured<br>10/03/12 | P.O. Box 4019<br>Gulfport, MS 39502 | $253.90<br>$253.90 | $0.00 | $253.90 |
| | <7100-00  General Unsecured § 726(a)(2)>, 610 | | | | | |
| 10 | DEPARTMENT OF ECONOMIC OPPORTUNITY - UNEMPLOYMENT COMPENSATION PROGRAM,P O DRAWER 5050<br>TALLAHASSEE, FL 32314 | Unsecured<br>10/09/12 | Opportunity - Unemployment Compensation Program,P O Drawer 5050<br>Tallahassee, FL 32314 | $407.00<br>$407.00 | $0.00 | $407.00 |

# Court Claims Register

### Case: 12-05672-3F7        POLLACK, STEVEN A.

Claims Bar Date:    03/06/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 11 | INSOLVE RECOVERY, LLC, C/O CAPITAL RECOVERY GROUP, DEPT 3203 PO BOX 123203 DALLAS, TX 75312-3203 | Unsecured 10/26/12 | Dept 3203 PO BOX 123203 DALLAS, TX 753123203 | $954.55 $954.55 | $0.00 | $954.55 |
| | | | ------------------------------------------------------------------* * * | | | |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 12 | INSOLVE RECOVERY, LLC, C/O CAPITAL RECOVERY GROUP, DEPT 3203 PO BOX 123203 DALLAS, TX 75312-3203 | Unsecured 10/26/12 | Dept 3203 PO BOX 123203 DALLAS, TX 753123203 | $5,036.92 $5,036.92 | $0.00 | $5,036.92 |
| | | | ------------------------------------------------------------------* * * | | | |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 13 | INSOLVE RECOVERY, LLC, C/O CAPITAL RECOVERY GROUP, DEPT 3203 PO BOX 123203 DALLAS, TX 75312-3203 | Unsecured 10/26/12 | Dept 3203 PO BOX 123203 DALLAS, TX 753123203 | $2,319.25 $2,319.25 | $0.00 | $2,319.25 |
| | | | ------------------------------------------------------------------* * * | | | |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 14 | INSOLVE RECOVERY, LLC, C/O CAPITAL RECOVERY GROUP, DEPT 3203 PO BOX 123203 DALLAS, TX 75312-3203 | Unsecured 10/26/12 | Dept 3203 PO BOX 123203 DALLAS, TX 753123203 | $2,798.46 $2,798.46 | $0.00 | $2,798.46 |
| | | | ------------------------------------------------------------------* * * | | | |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 15 | AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC C O BECKET AND LEE LLP,POB 3001 MALVERN, PA 19355-0701 | Unsecured 10/29/12 | Co, Inc c o Becket and Lee LLP,POB 3001 Malvern, PA 193550701 | $13,855.77 $13,855.77 | $0.00 | $13,855.77 |
| | | | ------------------------------------------------------------------* * * | | | |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |

# Court Claims Register

### Case: 12-05672-3F7        POLLACK, STEVEN A.

Claims Bar Date:   03/06/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 16 | MCI PO BOX 3243 | Unsecured 12/27/12 | | $149.07 | $0.00 | $149.07 |
| | | | | $149.07 | | |
| | | | PO BOX 3243 | | | |
| | BLOOMINGTON, IL 61702-3243 | | BLOOMINGTON, IL 617023243 | | | |
| | | | ----------------------------------------------------------------------* * * | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 17 | VERIZON WIRELESS PO BOX 3397 | Unsecured 12/27/12 | | $539.04 | $0.00 | $539.04 |
| | | | | $539.04 | | |
| | | | PO BOX 3397 | | | |
| | BLOOMINGTON, IL 61702-3397 | | BLOOMINGTON, IL 617023397 | | | |
| | | | ----------------------------------------------------------------------* * * | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 18 | CLAY COUNTY RESCUE MUNICIPAL SVS BUREAU 8325 TUSCANY WAY AUSTIN, TX 78754 | Unsecured 01/14/13 | Municipal Svs Bureau 8325 Tuscany Way Austin, TX 78754 | $536.00 | $0.00 | $536.00 |
| | | | | $536.00 | | |
| | | | ----------------------------------------------------------------------* * * | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 19 | RJM ACQUISITIONS LLC 575 UNDERHILL BLVD, SUITE 224 SYOSSET, NY 11791 | Unsecured 01/24/13 | 575 Underhill Blvd, Suite 224 Syosset, NY 11791 | $167.78 | $0.00 | $167.78 |
| | | | | $167.78 | | |
| | | | ----------------------------------------------------------------------* * * | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |

Case Total:          $0.00          $65,117.14

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-05672-3F7
Case Name: POLLACK, STEVEN A.
Trustee Name: GREGORY L. ATWATER, TRUSTEE

<b>Balance on hand:</b>                  $            1,460.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $            0.00
Remaining balance:                        $        1,460.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GREGORY L. ATWATER, TRUSTEE | 375.00 | 0.00 | 375.00 |
| Trustee, Expenses - GREGORY L. ATWATER, TRUSTEE | 70.28 | 0.00 | 70.28 |

Total to be paid for chapter 7 administration expenses:    $            445.28
Remaining balance:                                         $          1,014.72

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $            0.00
Remaining balance:                                             $          1,014.72

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

<b>UST Form 101-7-TFR (05/1/2011)</b>

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 1,014.72 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 64,671.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | BELLSOUTH TELECOMMUNICATIONS INC | 1,558.16 | 0.00 | 24.46 |
| 2 | VYSTAR CREDIT UNION | 851.57 | 0.00 | 13.36 |
| 3 | VYSTAR CREDIT UNION | 3,740.74 | 0.00 | 58.69 |
| 4 | AMERICAN EXPRESS BANK, FSB | 4,122.98 | 0.00 | 64.69 |
| 5 | AMERICAN EXPRESS CENTURION BANK | 5,808.86 | 0.00 | 91.14 |
| 6 | AMERICAN EXPRESS BANK, FSB | 735.00 | 0.00 | 11.53 |
| 7 | 121 FINANCIAL CREDIT UNION | 17,212.70 | 0.00 | 270.07 |
| 8 | BAPTIST MEDICAL CENTER | 3,624.11 | 0.00 | 56.86 |
| 9 | HANCOCK BANK | 253.90 | 0.00 | 3.98 |
| 10 | DEPARTMENT OF ECONOMIC | 407.00 | 0.00 | 6.39 |
| 11 | INSOLVE RECOVERY, LLC, C/O CAPITAL RECOVERY GROUP, | 954.55 | 0.00 | 14.98 |
| 12 | INSOLVE RECOVERY, LLC, C/O CAPITAL RECOVERY GROUP, | 5,036.92 | 0.00 | 79.03 |
| 13 | INSOLVE RECOVERY, LLC, C/O CAPITAL RECOVERY GROUP, | 2,319.25 | 0.00 | 36.39 |
| 14 | INSOLVE RECOVERY, LLC, C/O CAPITAL RECOVERY GROUP, | 2,798.46 | 0.00 | 43.91 |
| 15 | AMERICAN EXPRESS TRAVEL RELATED SERVICES | 13,855.77 | 0.00 | 217.40 |
| 16 | MCI | 149.07 | 0.00 | 2.34 |
| 17 | VERIZON WIRELESS | 539.04 | 0.00 | 8.46 |
| 18 | CLAY COUNTY RESCUE | 536.00 | 0.00 | 8.41 |
| 19 | RJM ACQUISITIONS LLC | 167.78 | 0.00 | 2.63 |

| | Total to be paid for timely general unsecured claims: | $ | 1,014.72 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**